1  **TIMOTHY R. GARRISON**
California State Bar No. 228105
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California  92101-5030
Telephone No. (619) 234-8467
4  Email: timothy_garrison@fd.org

5  Attorneys for Mr. Aguilar-Quiroz

6

7

8                                    UNITED STATES DISTRICT COURT

9                                    SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )    CASE NO. 08MJ1275
                                       )
11               Plaintiff,            )
                                       )
12  v.                                 )    **NOTICE OF APPEARANCE**
                                       )
13  EFRAIN AGUILAR-QUIROZ,             )
                                       )
14               Defendant.            )
                                       )
15  _____   )

16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18  Timothy R. Garrison, Federal Defenders of San Diego, Inc., files this Notice of Appearance as counsel in

19  the above-captioned case.

20                                          Respectfully submitted,

21

22  Dated:  April 28, 2008                  /s/ *Timothy R. Garrison*
                                            Federal Defenders of San Diego, Inc.
23                                          Attorneys for Defendant
                                            Timothy_Garrison@fd.org
24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2    Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3 and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4    Courtesy Copy to Chambers

5    Copy to Assistant U.S. Attorney via ECF NEF

6    Copy to Defendant

7 Dated:  April 28, 2008     /s/ *Timothy R. Garrison*
Federal Defenders of San Diego, Inc.

8    225 Broadway, Suite 900
San Diego, CA  92101-5030

9    (619) 234-8467  (tel)
(619) 687-2666  (fax)

10    Timothy_Garrison@fd.org (email)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2